## No. 13.

**ROGERS** *against* **BRACE.** *Bennington*, 1819.

WRIT of error. Plea in abatement, That the writ was

signed in January 1818, and made returnable to January Term 1819, whereas it ought to have been returnable to, and entered at September Term 1819. By the Court. The Statute 3, Vol. p. 32 Sec. 1. is imperative, that all writs &c. shall be made returnable to the Supreme Court next to be holden in the same county. Writs of error cannot be excepted by any construction of the act. See Freehold Court.

*Judgment.* That writ abate.